2008–0501.   Ealy v. Vore.

In Habeas Corpus. On petition for expedited writ of habeas corpus of Larry E. Ealy. Sua sponte,

cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.